UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ANTWONE LONEZO WILSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:18-cv-1719-ACA-GMB |
| ARNALDO MERCADO, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On January 26, 2021, the magistrate judge entered a report and recommendation, recommending that the court grant Defendants' motion for summary judgment and dismiss Plaintiff Antwone Lonezo Wilson's claims with prejudice. (Doc. 40). Although the magistrate judge advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.

Accordingly, the court **WILL GRANT** Defendants' motion for summary judgment.

The court will enter a separate final judgment consistent with this memorandum opinion.

**DONE** and **ORDERED** this March 8, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE